```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada 89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov
    Attorneys for the United States.
 7
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-00332-RCJ-GWF |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S REQUEST FOR |
| | ) | EXTENSION OF TIME TO FILE |
| V. | ) | AN ANSWER OR APPROPRIATE |
| | ) | PLEADING TO DEFENDANT'S |
| | ) | COUNTERCLAIM |
| HODSON BROADCASTING, | ) | |
| | ) | (First Request) |
| Defendant. | ) | |
| _____ | ) | |

**COMES NOW** Plaintiff, United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and respectfully moves for a eighteen (18) day extension of time to and including June 10, 2011 in which to file a responsive pleading to defendant's counterclaim.

...

...

...

...

...

1   In support of this request for an extension of time,
2 Plaintiff relies upon the Memorandum of Points and Authorities
3 set forth below.
4   DATED this 23rd day of May 2011.
5                                   Respectfully submitted,
6                                   DANIEL G. BOGDEN
                                    United States Attorney
7
                                     /s/ Carlos A. Gonzalez
8                                   Carlos A. Gonzalez
                                    Assistant United States Attorney

2

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  BACKGROUND**

On March 3, 2011 the United States filed its complaint against defendant, Hodson Broadcasting.

On May 5, 2011 defendant filed its Answer and Counterclaim against the United States.

The due date to file an answer or appropriate pleading to counterclaim is May 23, 2011.

Undersigned counsel has been absent from his office most of the week of May 16, 2011 due to illness and is scheduled to be out of the office from May 31, 2011 to June 7, 2011 mostly on government business in Columbia, South Carolina.

Presently, counsel is working and coordinating the United States position in the instant litigation with counsel from the General Counsel's Office at the Federal Communication Commission in Washington, D.C. but will be unable to prepare and file plaintiffs answer or appropriate pleading to defendants counterclaim by May 23, 2011.

**II.  ARGUMENT**

The Federal Rules of Civil Procedure provide for an enlargement of time for cause shown.

> When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires . . . .

Fed. R. Civ. P., Rule 6(b).

...

...

This request is made prior to the expiration of time permitted to respond to Defendant's counterclaim.

**III. CONCLUSION**

Undersigned counsel tried to contact defendant via telephone on May 10, 2011 to ascertain his position on our request, but was unable to reach him.

Therefore, Plaintiff respectfully request that this honorable Court grant an additional eighteen (18) day extension of time, to and including June 10, 2011, in which to respond to defendants counterclaim.

DATED this 23rd day of May, 2011.

Respectfully submitted,
Daniel G. Bogden
United States Attorney

//s// CARLOS A. GONZALEZ
Carlos A. Gonzalez
Assistant United States Attorney


IT IS SO ORDERED:

_____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE
DATE:  __May 24, 2011____