# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
          Plaintiff,           )   Case No. 2:11-cv-00332-RCJ-GWF
                                           )
vs.                                                             )   **ORDER**
                                           )
HODSON BROADCASTING,                )
          Defendants.           )

       This matter is before the Court on Defendant Hodson Broadcasting's failure to retain counsel. On May 2, 2011, Richard Dean Hodson filed an Answer and Counterclaim on behalf of Defendant Hodson Broadcasting (#5). A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel. Accordingly,

       **IT IS ORDERED** that Defendant Hodson Broadcasting has until **July 1, 2011** to retain counsel. Failure to timely respond to this Order could result in a recommendation to the District Judge of striking Defendant's Answer and a judgment entered for violation of the Court's order.

       DATED this 21st day of June, 2011.

                                                                             _____
                                                                           GEORGE FOLEY, JR.
                                                                           United States Magistrate Judge